LANGSTON, APPELLANT, v. GLASSER, JUDGE, LUCAS COUNTY
COMMON PLEAS COURT, APPELLEE.
JACKSON, APPELLANT, v. KIROFF, JUDGE, LUCAS COUNTY
COMMON PLEAS COURT, APPELLEE.

(Nos. 73-336 and 73-367—Decided October 3, 1973.)

2

*Mr. Henry B. Herschel* and *Mr. Robert A. Burns*, for appellants.

*Mr. Harry Friberg*, prosecuting attorney, *Mr. Charles J. Doneghy* and *Mr. Anthony G. Pizza*, for appellees.

*Per Curiam.* The judgments of the Court of Appeals in both cases are affirmed on the authority of *Vargas* v. *Metzger* (1973), 35 Ohio St. 2d 116.

*Judgments affirmed.*

O'Neill, C. J., Herbert, Corrigan, Stern, Celebrezze, W. Brown and P. Brown, JJ., concur